GREENBERG TRAURIG, LLP
GREGORY A. NYLEN (SBN 151129)
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile:  (310) 586-7800
Email:  NYLENG@GTLAW.COM

Attorneys for Defendant
Toshiba America Consumer Products, L.L.C.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA M. SURDAM, on behalf of herself and all other similarly situated California residents,<br><br>Plaintiff,<br><br>vs.<br><br>TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., and DOES 1-10,<br><br>Defendants. | CASE NO. 08 CV 0197 H POR<br><br>**JOINT MOTION TO EXTEND DEFENDANT TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.'S TIME TO ANSWER OR MOVE AGAINST COMPLAINT** |

WHEREAS, plaintiff Lisa M. Surdam filed, but did not serve, the Class Action Complaint (the "Complaint") in this action on February 1, 2008;

WHEREAS, defendant Toshiba America Consumer Products, L.L.C. ("TACP") agreed to accept service of the Complaint through its counsel, Greenberg Traurig, LLP, as of February 4, 2008;

WHEREAS, neither party has previously requested an extension of time for TACP to answer or move against the Complaint.

NOW THEREFORE, the parties hereby jointly move this Court for an Order extending TACP's time to answer, move against or otherwise respond to the Complaint to and including March 25, 2008.

DATED: February 5, 2008    Respectfully submitted,

GREENBERG TRAURIG, LLP

By: s/Gregory A. Nylen
    Gregory A. Nylen
    Attorneys for Defendant
    Toshiba America Consumer
    Products, L.L.C.

DATED: February 5, 2008    Respectfully submitted,

THE MILLS LAW FIRM

By: s/Harry Shulman
    Harry Shulman
    Attorneys for Plaintiff
    Lisa M. Surdam

---

1

JOINT MOTION TO EXTEND DEFENDANT TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.'S TIME TO ANSWER OR MOVE AGAINST COMPLAINT

LA 127,209,110v1 2/5/2008