GREENBERG TAURIG, LLP
GREGORY A. NYLEN (SBN 151129)
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: NYLENG@GTLAW.COM

PHILIP R. SELLINGER (SBN 226468)
200 Park Avenue
Florham Park, NJ 07932
Telephone: (973) 360-7900
Facsimile: (973) 301-8410
E-Mail: SellingerP@gtlaw.com

Attorneys for Defendant
Toshiba America Consumer Products, L.L.C.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA M. SURDAM, on behalf of herself and all other similarly situated California residents,<br><br>　　　Plaintiff,<br><br>vs.<br><br>TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., and DOES 1-10,<br><br>　　　Defendants. | CASE NO. 08 CV 0197 H POR<br><br>**JOINT MOTION TO EXTEND DEFENDANT TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.'S TIME TO ANSWER OR MOVE AGAINST COMPLAINT** |

WHEREAS, plaintiff Lisa M. Surdam filed, but did not serve, the Class Action Complaint (the "Complaint") in this action on February 1, 2008;

WHEREAS, defendant Toshiba America Consumer Products, L.L.C. ("TACP") agreed to accept service of the Complaint through its counsel, Greenberg Traurig, LLP, as of February 4, 2008;

WHEREAS, pursuant to a Joint Motion of the parties dated February 5, 2008, on February 6, 2008, this Court extended TACP's time to answer, move against or otherwise respond to the Complaint to and including March 25, 2008;

WHEREAS, counsel for the parties have been engaged in global settlement negotiations of a putative class action arising from the same facts and circumstances of this action, styled *Ersler v. Toshiba Am., Inc.*, Civ. Act. No. 07-2304 (E.D.N.Y.), as to which plaintiff is a member of the putative class.

NOW THEREFORE, the parties hereby jointly move this Court for an Order further extending TACP's time to answer, move against or otherwise respond to the Complaint to and including April 25, 2008.

DATED: March 24, 2008            Respectfully submitted,

                                 GREENBERG TRAURIG, LLP

                                 By:_____
                                     Gregory A. Nylen
                                     Attorneys for Defendant
                                     Toshiba America Consumer
                                     Products, L.L.C.

///
///
///
///
///

1  DATED:  March 24, 2008           Respectfully submitted,
                                    THE MILLS LAW FIRM
2
3                                   By:_____
                                        Harry Shulman
4                                       Attorneys for Plaintiff
                                        Lisa M. Surdam
5

JOINT MOTION TO EXTEND DEFENDANT TOSHIBA AMERICA CONSUMER PRODUCTS, L.LC.'S TIME TO ANSWER OR MOVE AGAINST COMPLAINT

*LA 127,275,594v1*