GREENBERG TRAURIG, LLP
GREGORY A. NYLEN (SBN 151129)
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile:  (310) 586-7800
Email:  NYLENG@GTLAW.COM

PHILIP R. SELLINGER (SBN 226468)
200 Park Avenue
Florham Park, NJ 07932
Telephone: (973) 360-7900
Facsimile: (973) 301-8410
E-Mail:  SellingerP@gtlaw.com

Attorneys for Defendant
Toshiba America Consumer Products, L.L.C.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA M. SURDAM, on behalf of herself and all other similarly situated California residents, <br><br> Plaintiff, <br><br> vs. <br><br> TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., and DOES 1-10, <br><br> Defendants. | CASE NO. 08 CV 0197 H POR <br><br> **JOINT MOTION TO EXTEND DEFENDANT TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.'S TIME TO ANSWER OR MOVE AGAINST COMPLAINT** |

1  WHEREAS, plaintiff Lisa M. Surdam filed, but did not serve, the Class Action
2  Complaint (the "Complaint") in this action on February 1, 2008;

3  WHEREAS, defendant Toshiba America Consumer Products, L.L.C. ("TACP")
4  agreed to accept service of the Complaint through its counsel, Greenberg Traurig, LLP,
5  as of February 4, 2008;

6  WHEREAS, pursuant to Joint Motions of the parties, this Court first extended
7  TACP's time to answer, move against or otherwise respond to the Complaint to and
8  including March 25, 2008, and then to April 25, 2008;

9  WHEREAS, counsel for the parties have been engaged in global settlement
10  negotiations of a putative class action arising from the same facts and circumstances of
11  this action, styled *Ersler v. Toshiba Am., Inc.*, Civ. Act. No. 07-2304 (E.D.N.Y.), as to
12  which plaintiff is a member of the putative class, and have reached an agreement in
13  principle as to the substantive terms of the settlement (but are still negotiating issues such
14  as attorneys' fees to class counsel and the payment of incentive awards to the named
15  plaintiffs).

16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

JOINT MOTION TO EXTEND DEFENDANT TOSHIBA AMERICA CONSUMER
PRODUCTS, L.L.C.'S TIME TO ANSWER OR MOVE AGAINST COMPLAINT

NOW THEREFORE, the parties hereby jointly move this Court for an Order further extending TACP's time to answer, move against or otherwise respond to the Complaint to and including May 27, 2008.

DATED:  April 18, 2008                    Respectfully submitted,

                                          GREENBERG TRAURIG, LLP

                                          By:s/Gregory A. Nylen_____
                                               Gregory A. Nylen
                                               Attorneys for Defendant
                                               Toshiba America Consumer
                                               Products, L.L.C.

DATED:  April 18, 2008                    Respectfully submitted,
                                          THE MILLS LAW FIRM

                                          By:/s Harry Shulman_____
                                               Harry Shulman
                                               Attorneys for Plaintiff
                                               Lisa M. Surdam

JOINT MOTION TO EXTEND DEFENDANT TOSHIBA AMERICA CONSUMER
PRODUCTS, L.L.C.'S TIME TO ANSWER OR MOVE AGAINST COMPLAINT