GREENBERG TAURIG, LLP
GREGORY A. NYLEN (SBN 151129)
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: NYLENG@GTLAW.COM

PHILIP R. SELLINGER (SBN 226468)
200 Park Avenue
Florham Park, NJ 07932
Telephone: (973) 360-7900
Facsimile: (973) 301-8410
E-Mail: SellingerP@gtlaw.com

Attorneys for Defendant
Toshiba America Consumer Products, L.L.C.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA M. SURDAM, on behalf of herself and all other similarly situated California residents,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., and DOES 1-10,<br><br>　　　　Defendants. | CASE NO. 08 CV 0197 H POR<br><br>**JOINT MOTION TO EXTEND DEFENDANT TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.'S TIME TO ANSWER OR MOVE AGAINST COMPLAINT** |

WHEREAS, plaintiff Lisa M. Surdam filed, but did not serve, the Class Action Complaint (the "Complaint") in this action on February 1, 2008;

WHEREAS, defendant Toshiba America Consumer Products, L.L.C. ("TACP") agreed to accept service of the Complaint through its counsel, Greenberg Traurig, LLP, as of February 4, 2008;

WHEREAS, pursuant to Joint Motions of the parties, this Court first extended TACP's time to answer, move against or otherwise respond to the Complaint to and including March 25, 2008, and then to April 25, 2008 and May 27, 2008, respectively;

WHEREAS, counsel for the parties have been engaged in global settlement negotiations of a putative class action arising from the same facts and circumstances of this action, styled *Ersler v. Toshiba Am., Inc.*, Civ. Act. No. 07-2304 (E.D.N.Y.), as to which plaintiff is a member of the putative class, ***and have reached an agreement in principle as to the substantive terms and general notice provisions of the settlement*** (but are still negotiating issues such as attorneys' fees to class counsel and the payment of incentive awards to the named plaintiffs, and on May 21, 2008, requested a settlement conference with the Court).

NOW THEREFORE, the parties hereby jointly move this Court for an Order further extending TACP's time to answer, move against or otherwise respond to the Complaint to and including June 27, 2008.

DATED:  May 21, 2008              Respectfully submitted,

GREENBERG TRAURIG, LLP

By: s/ Gregory A. Nylen
    Gregory A. Nylen
    Attorneys for Defendant
    Toshiba America Consumer
    Products, L.L.C.

| | |
|---|---|
| DATED: May 21, 2008 | Respectfully submitted,<br>THE MILLS LAW FIRM<br><br>By: s/Harry Shulman<br>     Harry Shulman<br>     Attorneys for Plaintiff<br>     Lisa M. Surdam |

JOINT MOTION TO EXTEND DEFENDANT TOSHIBA AMERICA CONSUMER
PRODUCTS, L.L.C.'S TIME TO ANSWER OR MOVE AGAINST COMPLAINT