# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA M. SURDAM, on behalf of herself and all other similarly situated California residents,<br><br>Plaintiff,<br><br>vs.<br><br>TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., and DOES 1-10,<br><br>Defendants. | CASE NO. 08 CV 0197 H POR<br><br>**ORDER TO EXTEND DEFENDANT TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.'S TIME TO ANSWER OR MOVE AGAINST COMPLAINT** |

Having reviewed plaintiff Lisa M. Surdam's and defendant Toshiba America Consumer Products, L.L.C. ("TACP")'s Joint Motion to Extend defendant Toshiba America Consumer Products, L.L.C.'s Time to Answer or Move Against Complaint, the Court finds that there is good cause to grant the Motion.  Therefore, it is hereby:

**ORDERED AND ADJUDGED THAT:**

TACP's time to answer, move against or otherwise respond to the Complaint is further extended from May 27, 2008 through and including June 27, 2008.

DATED:  May 22, 2008

_____
Honorable Marilyn L. Huff
United States District Judge