GREENBERG TRAURIG, LLP
GREGORY A. NYLEN (SBN 151129)
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile:  (310) 586-7800
Email:  NYLENG@GTLAW.COM

PHILIP R. SELLINGER (SBN 226468)
200 Park Avenue
Florham Park, NJ 07932
Telephone: (973) 360-7900
Facsimile: (973) 301-8410
E-Mail:  SellingerP@gtlaw.com

Attorneys for Defendant
Toshiba America Consumer Products, L.L.C.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA M. SURDAM, on behalf of herself and all other similarly situated California residents, | CASE NO. 08 CV 0197 H POR |
| Plaintiff, | **STIPULATION AND JOINT MOTION TO STAY PROCEEDINGS PENDING COMPLETION OF GLOBAL SETTLEMENT** |
| vs. | |
| TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., and DOES 1-10, | |
| Defendants. | |

WHEREAS, plaintiff Lisa M. Surdam filed the Class Action Complaint in this matter (the "Complaint")on February 1, 2008, and defendant Toshiba America Consumer Products, L.L.C. ("TACP") accepted service of the Complaint through its counsel, Greenberg Traurig, LLP, as of February 4, 2008;

WHEREAS, pursuant to Joint Motions of the parties, the Court has previously extended the time for TACP to answer, move against or otherwise respond to the Complaint on four occasions;

WHEREAS, counsel for the parties have been engaged in global settlement negotiations of a putative class action arising from the same facts and circumstances of this action, styled *Ersler v. Toshiba Am., Inc.*, Civ. Act. No. 07-2304 (E.D.N.Y.), as to which plaintiff is a member of the putative class, ***and have reached an agreement in principle as to the substantive terms of a global settlement***;

WHEREAS, the parties in the *Ersler* action contemplate filing a motion for preliminary approval of their class settlement in July 2008;

WHEREAS, plaintiff does not wish to dismiss this action unless and until the parties in the *Ersler* action obtain final approval of their class settlement;

NOW THEREFORE, the parties hereby stipulate and jointly move the Court for an Order staying further proceedings until the global settlement in the *Ersler* case has been completed.  Plaintiff shall notify the Court if preliminary approval is denied in *Ersler*. Otherwise, plaintiffs shall file a motion to dismiss the present case within 10 days of

///
////
///
///
///
///
///
///

JOINT MOTION TO EXTEND DEFENDANT TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.'S TIME TO ANSWER OR MOVE AGAINST COMPLAINT

1  entry of the final approval order in *Ersler*.  If final approval in *Ersler* is denied, plaintiff

2  shall file a motion to lift the present stay within 10 days of the denial.

3  DATED:  June 25, 2008                    Respectfully submitted,
                                            GREENBERG TRAURIG, LLP
4

5                                           By: s/Gregory A. Nylen
                                                Gregory A. Nylen
6                                               Attorneys for Defendant
7                                               Toshiba America Consumer
                                                Products, L.L.C.
8

9  DATED:  June 25, 2008                    Respectfully submitted,
                                            THE MILLS LAW FIRM
10

11                                          By:  s/Harry Shulman
                                                 Harry Shulman
12                                               Attorneys for Plaintiff
13                                               Lisa M. Surdam

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT MOTION TO EXTEND DEFENDANT TOSHIBA AMERICA CONSUMER
PRODUCTS, L.L.C.'S TIME TO ANSWER OR MOVE AGAINST COMPLAINT