# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA M. SURDAM, on behalf of herself and all other similarly situated California residents,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>TOSHIBA AMERICA CONSUMER PRODUCTS, LLC, and DOES 1-10,<br><br>　　　　　Defendants. | CASE NO. 08-CV-0197-H (POR)<br><br>ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION TO STAY |

On June 25, 2008, the parties filed a joint motion to stay this action. (Doc. No. 11.) The parties indicate that they have reached a global settlement agreement in negotiations related to <u>Ersler v. Toshiba America, Inc.</u>, Civ. Act. No. 07-2304 (E.D.N.Y.). Accordingly, the parties request a stay until the court in <u>Ersler</u> either grants or denies final approval of the settlement.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

The Court concludes that an indefinite stay for these other proceedings is not warranted. Instead, the Court extends any pending deadlines by **90 days**. The parties may seek an additional extension of time upon a showing of good cause.

IT IS SO ORDERED.

DATED: July 7, 2008

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.